

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00096-CR

The **STATE** of Texas,
Appellant

v.

Ryan Scott **MERENDINO**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-05-13256-CR
Honorable Camile Glasscock Dubose, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings.

SIGNED September 18, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable H. Paul Canales presided over the suppression hearing and signed the order granting the motion to suppress.